STATE OF NORTH CAROLINA v. RONNIE L. MOORE

No. 771PA85

(Filed 3 June 1986)

ON defendant's petition for discretionary review of the decision of the Court of Appeals, 77 N.C. App. 553, 335 S.E. 2d 535 (1985), which found no error in the trial and conviction of defendant before *Rousseau, J.*, at the 5 November 1984 session of Superior Court, WILKES County. Heard in the Supreme Court 12 May 1986.

*Lacy H. Thornburg, Attorney General, by Victor H. E. Morgan, Jr., Assistant Attorney General, for the State.*

*Malcolm Ray Hunter, Jr., Appellate Defender, by Robin E. Hudson, Assistant Appellate Defender, for defendant.*

PER CURIAM.

The Court is evenly divided. Under these circumstances, following the uniform practice of this Court and the ancient rule of praesumitur pro negante, the decision of the Court of Appeals is affirmed, not as precedent but as the decision in this case. *Lynch v. Hazelwood*, 312 N.C. 619, 324 S.E. 2d 224 (1985).

Affirmed.

Justice BILLINGS did not participate in the consideration or decision of this case.